IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 14-4235

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| Petitioner-Appellee, } | |
| } | MOTION TO WITHDRAW |
| v. } | |
| } | AS COUNSEL |
| JOSE MORENO-AZUA, SR. } | |
| } | |
| Defendant-Appellant } | |

Now comes the undersigned counsel, at the request of Mr. Moreno-Azua, who having been appointed today to represent Mr. Moreno-Azua on his direct appeal following the jury trial and judgment of a life sentence upon him, moves this Honorable Court for an order allowing your undersigned to withdraw and substituting other court-appointed counsel.

In support of this motion, the following is presented:

1. Your undersigned counsel represented the defendant – appellant during the entire time that the criminal case was pending in District Court. This representation included extensive trial preparation, jury trial proceedings, and intricately litigated sentencing issues (including objection to the imposition of a life sentence under section 851). Your undersigned counsel is intimately familiar with the case below, and with the items that will constitute the record on appeal.

2. At several points during the pendency of the case in the District Court, the defendant – appellant sought the appointment of substitute counsel. These matters were heard on various occasions by the appropriate presiding judicial officer. Your undersigned counsel was not removed from the case.

3. The defendant – appellant desires substitute counsel on his direct appeal. Presumably, the defendant – appellant wishes to allege ineffective-assistance-of-counsel grounds on his direct appeal.

4. Your undersigned counsel takes no position on any alleged ineffectiveness on the part of your undersigned, and on whether such claims exist on the record on appeal. *E.g. United States v. Higgs*, 663 F.3d 726, 739 (4th Cir. 2011)(strong presumption of trial counsel competence, questions of propriety of trial strategy, and the like). Your undersigned counsel is aware of extensive circuit jurisprudence that ineffective assistance of counsel claims are best preserved for collateral proceedings and not for presentation on direct appeal. *United States v. Baptiste*, 596 F.3d 214, 216 n. 1 (4th Cir. 2010); *United States v. Benton*, 523 F.3d 424, 435 (4th Cir. 2008)(cognizable on direct appeal only if conclusively shown, with resultant prejudice). This line of jurisprudence extends to what issues are to be presented on the direct appeal. *United States v. Baker*, 719 F.3d 313, 318 (4th Cir. 2013)(counsel vested with wide range of discretion)(counsel not required to raise every

issue on appeal).

5. Should your undersigned counsel be permitted to withdraw, substitute counsel will need to be appointed. Further, substitute counsel will need ample time within which to peruse the trial transcripts, the jury charge, and sentencing issues.

6. By copy of this Motion, the defendant-appellant is being served with this Motion and is being informed that he has the right to respond to this Motion within seven days by communicating with the Clerk of Court, United States Court of Appeals for the Fourth Circuit, 1100 East Main Street, Richmond, VA 23219.

Wherefore, at the request of the defendant – appellant herein, should this Honorable Court deem it appropriate, your undersigned counsel seeks permission to be permitted to withdraw as counsel.

Respectfully submitted, this the 21st day of March, 2014.

    /s/ Randolph M. Lee
Counsel for Jose Moreno-Azua, Sr.
P. O. Box 77005
Charlotte, NC 28271
704.841.2222
RandolphLeeLaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that when I file this pleading with the Office of the Clerk of

Court, via the Clerk's electronic filing registry system, that system (CM/ECF) will cause to be served upon opposing counsel, below, a copy of said pleading by electronic service:

    Mr. J. George Guise
    Assistant United States Attorney
    john.guise@usdoj .gov

I also certify that I have served a paper copy upon Defendant-Appellant Jose Moreno-Azua, Sr., on March 21, 2014 by depositing said copy with the United States Postal Service, first class, postage prepaid, addressed to him as noted below:

    Mr. Jose Moreno-Azua, 410777
    Mecklenburg County Jail
    P. O. Box 34429
    Charlotte, NC 28234-4429


This, the 21st    day of March, 2014.

                                                /s/ Randolph M. Lee