FILED: September 11, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4243

(3:11-cr-00386-FDW-DSC-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

YOEL JIMENEZ

        Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,610 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk